IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES MALIN KEARNEY, SR.     :        CIVIL ACTION
                           :
     v.                      :
                           :
GILBERT WALTERS, <u>et</u> <u>al.</u>       :        NO.  02-3568

<u>O R D E R</u>

AND NOW, this       day of July, 2002, it is hereby ORDERED that:

1.  The District Attorney for Montgomery County is added as a respondent;

2.  The District Attorney shall file a specific and detailed Response pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, together with a Memorandum of Law, within twenty (20) days of the date of the service of this order.  The Response shall include the issue of whether the petition was filed within the period of limitation under the habeas statute.

BY THE COURT:

_____

DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE