IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES MALIN KEARNEY, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GILBERT WALTERS, et al. | : | NO. 02-3568 |

O R D E R

AND NOW, this          day of July, 2002, it is hereby ORDERED that the Clerk of the Court of the Court of Common Pleas of Montgomery County shall file with the Clerk of this Court copies of the record, including notes of testimony at pre-trial proceedings, trial, sentencing, suppression hearings, evidentiary hearings, and post conviction hearings, as well as all petitions, motions, briefs, and opinions of the State Court in the above-captioned matter, within twenty (20) days from the date of this Order. The Common Pleas Court caption, term, and numbers are as follows: Commonwealth v. Charles Malin Kearney, Sr., Crim. Action No. 2462-97.

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE